IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN K. ROZAK,

    Plaintiff,

  v.

RANDALL R. HEPP, DYLON RADTKE,
CHRIS KRUEGER, MARK SCHOMISCH,
B. MLODZIK, M. PATTEN, R. LYYSKI,
JOHN BAHR, CATHY JESS, JULIE
DAHM, SARAH FELTES, MS. J. BOVEE,
A. HOLT, M. GREENWOOD, HARPER,
DW SECRETARY RASMUSSEN,
MICHAEL MEISNER, LAURA BARTOW,
EMILY DAVIDSON, and CINDY
O'DONNELL,

    Defendants.

Case No. 19-cv-417-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |