Ryan K. Rozak
    Plaintiff

                Case # 19-CV-417-JDP

V.

Randall Hepp et, al;
    Defendants

Plaintiff's Motion for Notice of Intent to Appeal this case.

Plaintiff Ryan Rozak is now Notifing the District Court and the State that I'm filing a Notice of Intent to Appeal case # 19-CV-417-JDP. I the plaintiff intend to Appeal the Courts Decision on the whole case of 19-CV-417-JDP.

    Respectfully submitted by Plaintiff Ryan Rozak

Ryan Rozak #488882
F.L.C.I.
PO Box 200
Fox Lake, WI 53933

Date 6-19-21

*Ryan Rozak*